1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

UNITED STATES OF AMERICA,

                                Plaintiff,

        v.

GB BROWN,

                                Defendant.

CASE NO. CR11-5351 BHS

ORDER DENYING DEFENDANT'S
MOTION TO SUPPRESS

This matter comes before the Court on Defendant GB Brown's ("Brown") motion to dismiss (Dkt. 143).

On January 10, 2013, Brown filed the instant motion requesting that the Court suppress the evidence obtained against him during the execution of search warrants in June of 2011.  Dkt. 143.  On January 16, 2013, the Government responded.  Dkt. 145.

The Court has reviewed the motion and the response and finds that the motion is similar in all material respects to earlier filed motions.  *Compare* Dkt. 143 *with* Dkts. 21 & 22. Therefore, based on the same rationale the Court denied the previous motions (Dkt. 39), the Court denies Brown's current motion.

**IT IS SO ORDERED.**

Dated this 24th day of January, 2013.

_____
BENJAMIN H. SETTLE
United States District Judge